# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

AMERICA HARRIS                                                                                                    PLAINTIFF

v.                                                      3:06CV00154 JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                                      DEFENDANT

## ORDER

Plaintiff has filed a Motion to Dismiss (docket entry #5) stating that she feels it would be in her best interest to withdraw her appeal and that her attorney, Mr. Anthony W. Bartels, concurs.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Dismiss (docket entry #5) is hereby GRANTED, and this case is DISMISSED, WITHOUT PREJUDICE.

DATED this 18th day of September, 2006.

_____
UNITED STATES MAGISTRATE JUDGE